■ In the Matter of the Accounting of the Public Administrator of Kings County, as Administrator of the Estate of MICHELE SCOTTO, Deceased, Respondent. GIOVANNI S. DI SANTOLO et al., Appellants; MODESTO CERVILE, Respondent.— Appeal from an order of the Surrogate's Court, Kings County denying appellants' motion to dismiss the objections of respondent Modesto Cervile to the account filed by the Public Administrator and to vacate so much of an order as directed a reference to hear and report upon the issues raised by the objections. Order affirmed, with one bill of $10 costs and disbursements to respondent Cervile, payable out of the estate. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of the Construction of the Will of HARRY F. SEARLE, Deceased. ANNIS H. BOYER, Individually and as Executrix of CAROLINE F. SEARLE, Deceased, and as Coexecutrix of CHARLES H. HALL, Deceased, et al., Appellants; GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, et al., Respondents.— In a proceeding to construe a will, the appeal is from so much of a decree of the Surrogate's Court, Kings County, as adjudges a designated memorandum to be inadmissible in evidence and as construes a remainder interest of the corpus of a trust to have vested indefeasibly at the time of the death of the testator. Decree, insofar as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties filing separate briefs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [13 Misc 2d 912.]

■ In the Matter of the Accounting of MATILDA R. WALSH et al., as Executors of CLIFFORD S. WALSH, Deceased, Respondents. MATILDA R. WALSH, Individually, Appellant; THOMAS J. FLATTERY, as Special Guardian for Infant Contingent Remaindermen, Respondent.— Appeal by the widow of the decedent from so much of a decree of the Surrogate's Court, Westchester County, as construes decedent's will so as to diminish the trust created for her benefit. Decree insofar as appealed from unanimously affirmed, with costs to all parties filing separate briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [14 Misc 2d 1012.]